MERCHANT TAILORS SOCIETY OF THE CITY OF NEW YORK v. JOURNEYMEN TAILORS' UNION OF AMERICA, LOCAL No. 390, and Others.— Motion

for stay pending appeal granted upon condition that an undertaking to pay the amount imposed by the order appealed from, to be approved by a justice at Special Term, Part II, be given within five days after service of a copy of the order upon attorney for appellants. If terms not complied with, stay denied. Settle order on notice. Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.